```
 1  ANDRÉ BIROTTE JR
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    BRENT A. WHITTLESEY
 4  Assistant United States Attorney
    brent.whittlesey@usdoj.gov
 5  California Bar Number:   73493
         Room 7516 Federal Building
 6       300 North Los Angeles Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2445
         Facsimile: (213) 894-5900
 8
    Attorney for Plaintiff
 9  United States
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV 11-4252-AG |
| Plaintiff, | ) ~~(PROPOSED)~~ JUDGMENT |
| v. | ) |
| JEROLD M. GORSKI, | ) |
| Defendant. | ) |

Based on the Court's Order Granting Plaintiff's Motion for Summary Judgment filed July 16, 2012, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Judgment is hereby granted in favor of plaintiff United States and against defendant Gorski on the complaint in this action in the amount of $35,5~~80.18~~ 79.89, consisting of a principal

1

1 | balance of $23,392.34 and accrued interest through July 16, 2012
2 | in the amount of $12,187.55.

DATED: July 31, 2012

_____
HON. ANDREW GUILFORD
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorney for Plaintiff
United States